|   |   |
|---|---|
| | Judge Jones |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> AMBER DAWN MENDOZA, <br> aka AMBER DAWN REDSTONE, <br> aka AMBER DAWN MENDOZA-REDSTONE, <br> aka CRYSTAL CARTER <br> aka JASMINE GARCIA, <br><br> Defendant. | No. CR19-108-RAJ <br><br><br> **FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Entry of a Final Order of Forfeiture for the following property:

1. One Smith & Wesson .22 pistol with serial number TBE7148, seized from Defendant Amber Dawn Mendoza on or about December 13, 2018; and
2. Any associated ammunition, including approximately eight rounds of ammunition in a magazine corresponding with the above Smith & Wesson .22 pistol.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the record in this matter, FINDS:

In the Plea Agreement entered on June 27, 2019, Defendant Amber Dawn Mendoza agreed to forfeit her interest in any and all proceeds of and/or facilitating property for the offenses to which she pleaded guilty. Dkt. No. 11;

On September 6, 2019, the Court entered a Preliminary Order of Forfeiture, finding such property forfeitable pursuant to 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) and forfeiting the Defendant's interest in it. Dkt. No. 17;

Thereafter, the United States published notice of the pending forfeiture as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C), Dkt. Nos. 19, 26, and sent direct notice to eight identified potential claimants, as required by Fed. R. Crim. P. 32.2(b)(6)(A); and

No third-party claims were filed for the above-identified property and the time for doing so has expired.

THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the above-listed property exists in any party other than the United States;

2. The property is fully and finally condemned and forfeited, in its entirety, to the United States; and

3. The United States Department of Justice, and/or its representatives, are authorized to dispose of the property in accordance with law.

IT IS SO ORDERED.

DATED this 25th day of March, 2020.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge